IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-11-D

| | |
|---|---|
| WALLACE COUNCIL, | ) |
|        Plaintiff, | ) |
| v. | )   O R D E R |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | ) |
|        Defendant. | ) |

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that he consents to the Government's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Upon remand, Plaintiff shall be allowed a new hearing before an administrative law judge (ALJ), and the ALJ will issue a new decision. The Clerk of Court is directed to enter a separate

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __19__ day of _September_ 2014.

James C. Dever III
United States District Judge

2